**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Pamela O'GUINN, Defendant–**
**Appellant.**

**No. 03–10854.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 21, 2004.

Nancy E. Larson, Assistant US Attorney, Douglas Allen, US Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

---

Pamela O'Guinn, Bryan, TX, pro se.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM.*

The Federal Public Defender appointed to represent Pamela O'Guinn on direct appeal has filed a motion to withdraw and a brief pursuant to *Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). O'Guinn has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.